# EXHIBIT 1

Int. Cl.: 13

Prior U.S. Cls.: 2 and 9

**Reg. No. 2,425,833**

**United States Patent and Trademark Office**   Registered Jan. 30, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## BORE SNAKE

MICHAELS OF OREGON CO. (OREGON CORPORA-TION)
1710 RED SOILS COURT
OREGON CITY, OR 97045

FOR: GUN CLEANING BORE BRUSHES, IN CLASS 13 (U.S. CLS. 2 AND 9).
FIRST USE 8-1-1999; IN COMMERCE 8-1-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BORE", APART FROM THE MARK AS SHOWN.

SN 75-736,676, FILED 6-24-1999.

ASMAT KHAN, EXAMINING ATTORNEY